UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ARIEL STANLEY, by her mother and court-appointed co-guardian Melinda Stanley, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:16-cv-01129-TWP-MJD<br>)<br>) |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | )<br>)<br>)<br>) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS FINAL JUDGMENT** in favor of the Plaintiff and **REMANDS** this matter to the Agency for further proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED**.

Dated: 1/12/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Adriana Maria de la Torre
THE DE LA TORRE LAW OFFICE LLC
adriana@dltlawoffice.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov